UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 07-cr-000370-WDM | FTR MJW AM |
| February 6, 2008 | |
| UNITED STATES OF AMERICA | Roxanne Perruso for Habib Nasrullah |
| v. | |
| MICHAEL JOHN REX | Harvey Steinberg |

## MOTION HEARING

Court in Session: 11:05 am

Court calls case and appearances of counsel.

Jennifer Nuanes present from probation.

Parties advise the court that they are ready to proceed to motion hearing.

Government calls Jennifer Nuanes to the stand.

Witness sworn.

Direct examination by the government.

Cross examination by defense.

Re-direct examination by the government.

Re-cross examination by defense.

The government rests

Defense rests.

Court presents findings:

Court finds by clear and convincing evidence that defendant violated condition 14.

**ORDERED:** Bond revoked and reinstated. Previous terms and conditions apply.

**ORDERED:** Defendant is ordered to have no contact with his daughters or any minor. Previous visitation order is rescinded.

**ORDERED:** Government's motion for revocation of pre-sentence release (33) is granted.
.
**ORDERED:** Defendant continued on bond.

Court in recess: 11:40 am

Total time in court: 35 minutes

Hearing concluded.